## FIFTH DEPARTMENT, MARCH TERM, 1886.

James L. Angle and another, as Executors, etc., Appellants, v. Jerome B. Manning, Respondent. — Judgment affirmed, with costs. Haight, J., not voting.

William C. Hoag, Appellant, v. Mary Kehoe, Respondent. — Ordered, that if plaintiff will stipulate in writing within twenty days that, for all the purposes of the supplementary proceedings, the judgment shall be regarded as a judgment for $291.40 only, as if it had been entered originally for that sum, the order appealed from is reversed, without costs of this appeal to either party, otherwise affirmed, with ten dollars costs and disbursements to respondent. Opinion by Smith, P. J.

Nathan Hill, Appellant, v. Charles Edie, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Haight, J.

James Fullington and another, as Administrators, etc., Respondents, v. Alonzo C. Maklem, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by Bradley, J.

Julia F. Kirtz, as Administratrix, etc., Respondent, v. Hezekiah Peck, Appellant. — Order affirmed, with ten dollars costs and disbursements, the defendant to have ten days from the entry and service of the order of affirmance to avail himself of the leave given by the Special Term order.

The John T. Noye Manufacturing Company, Appellant, v. Charles Whitmore, Respondent. — Order affirmed, with ten dollars costs and disbursements. — Opinion by Haight, J.

Joseph Meigs, Respondent, v. The City of Buffalo, Appellant. — Judgment and order reversed and a new trial ordered in the Erie County Court, with costs to abide the event. Opinion by Smith, P. J.

Oliver H. P. Champlin and another, Appellants, v. Charles Stoddard, Respondent, Impleaded, etc. — Order modified by adding the direction that in case of recovery by respondent he shall recover of the plaintiff no costs subsequent to the original answer, and prior to the service of the supplemental answer provided for by the order, and as so modified affirmed, without costs of this appeal to either party. Opinion by Bradley, J.; Haight, J., not sitting.

George W. Mentz, Respondent, v. John Laycock and another, Appellants.—Judgment and order affirmed. Opinion by Smith, P. J.; Haight, J., not sitting.

William H. Mandeville, Respondent and Appellant, v. Charles M. Marvin, Appellant and Respondent. — Judgment reversed and a new trial ordered before another referee; costs on defendant's appeal to abide the event; no costs allowed on plaintiff's appeal. Opinion by Barker, J.

Harlo Hakes, Appellant, v. Sarah Ann Roberts, Executrix, etc., Respondent. — Judgment and order reversed and a new trial ordered, with costs to abide the event. Opinion by Haight, J.

Henry P. Stone, as Executor, etc., Appellant, v. Thomas B. Kenney, Respondent. — Judgment affirmed. Opinion by Bradley, J.; Haight, J., not sitting.

Clemma A. Winters, Respondent, v. Jacob B. Smith and another, Appellants. — Order affirmed, with costs of the appeal to be paid by the appellant out of the estate. Opinion by Smith, P. J.

The People of the State of New York v. Charles Herman. — Appeal dismissed.

George Draper, Respondent, v. The Rochester and Pittsburg Railroad Company, Appellant.— Judgment affirmed. Opinion by Haight, J.

In the Matter of the Petition of Sally Kelsey, to have a decree opened and modified. — Decree of the surrogate affirmed, with costs. Opinion by Bradley, J.

William Steven and another, Appellants, v. James H. Hughes, Respondent. — Judgment affirmed, with but one argument fee in this court to be taxed. Opinion by Smith, P. J.

Daniel Mack, Respondent, v. Robert Mills and others, Appellants. — Judgment affirmed. Opinion by Barker, J.; Haight, J., not voting.

John P. Magovern, Appellant, v. Evolin B. Robertson and others, Respondents. — Judgment affirmed.

Joseph A. Ward and another, Appellants, v. S. Clark Lewis, Respondent. — Judgment reversed and a new trial ordered before another referee, with costs to abide the event. Opinion by Barker, J.

Frederick Haake, Respondent, v. Frank T. Reynolds, Appellant. — Judgment affirmed, with costs. Opinion by Haight, J.

Jefferson Taylor, Appellant, v. William Tousley, Respondent. — Judgment reversed and new trial ordered before another referee, with costs to abide the event. Opinion by Smith, P. J.

Andrew J. Dann, Respondent, v. Augustus L. Smith, Appellant. — Judgment affirmed. Opinion by Barker, J.; Bradley J., not sitting.

James J. Flood, as Administrator, etc., Plaintiff, v. The Buffalo. New York and Philadelphia Railroad Company, Defendant.— Motion for a new trial denied, and judgment ordered for defendant upon the nonsuit. Opinion by Haight, J.

In the Matter of the Probate of the Last Will and Testament of Margaret McPherson, Deceased. — Decree of surrogate reversed and the question of the testamentary capacity of the decedent to be determined by a trial by a jury, at the Genesee Circuit; costs of this appeal to abide the final award of costs. Opinion by Haight, J.; Barker, J., not voting.

Mary S. Fish, Respondent, v. Fannie Fish and others, Appellants. — Judgment reversed and a new trial ordered, with costs to abide event. Opinion by Smith, P. J.

Bryon Alford and others, Plaintiffs, v. Eugene Cobb, Defendant. — Motion for a new trial denied, and judgment ordered for the defendant upon the nonsuit. Opinion by Haight, J.

Mary Appel, as Administratrix, etc., Plaintiff, v. The Buffalo, New York and Philadelphia Railroad Company, Defendant. — Motion for a new trial denied and judgment ordered for the plaintiff on the verdict. Opinion by Bradley, J.; Barker, J., dissents; Haight, J., not voting.

The First National Bank of Huntington, Indiana, Plaintiff, v. Christian F. Pfeifer, Defendant.— Motion for a new trial denied, and judgment ordered for the plaintiff on the verdict. Opinion by Barker, J.

Mary E. Mahar, by Guardian, etc., Respondent, v. The Village of Hornellsville. Appellant.— Judgment affirmed. Opinion by Smith, P. J.

Henry J. Anderson, as Receiver, etc., Respondent, v. Gates Sherwood and another, Appellants.—Judgment affirmed Opinion by Barker, J.; Haight, J., not sitting.

Andrew Holling and another, Respondents, v. Lathrop S. Sprague, Appellant, Impleaded, etc. — Judgment and order affirmed. Opinion by Bradley, J.

Francis Deiling, Respondent, v. Mott Russell, Appellant.— Judgment affirmed.

Sylvester Cady, Respondent, v. Hiram W. Bradshaw, Appellant, Impleaded, etc.— Judgment affirmed. Opinion by Haight, J.

Ida E. Parks, Respondent, v. Charles H. Ellsworth and another, Appellants.—Order reversed, without costs, with leave to the plaintiff to renew the motion. Opinion by Barker, J.